# LEASE AMENDMENT AGREEMENT

This Lease Amendment ("Amendment") is made and entered into as of this _14_day of October 2024, by and between **403 LLC**, with offices at 9322 3rd Ave suite 502 Brookly New York ("Landlord" , and SWY Entertainment., a New York corporation with offices at 531 86th St Brooklyn NY ("Tenant"),

**Recitals:**

WHEREAS, Landlord and Tenant entered into that certain Lease Agreement dated August 30, 2023 (the "Original Lease") for the premises located at **531 86th Street, Brooklyn, NY** (the "Premises"); and

WHEREAS, Landlord and Tenant desire to modify the terms of the Lease as set forth below.

NOW, THEREFORE, in consideration of the mutual covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Rent Commencement Date :** The Rent commencement date as referenced in The Lease is now and here after October 1, 2024.
2.
3. Tenant agrees to pay all rent due for **October 1st, 2024, November 1st 2024 , and December 1st 2024**, totaling $ _267,831_ on or before **October 10, 2024**.
4. **Tenants Scope of Work:** (a) Tenant agrees that landlord isn't responsible for any additional work and that Tenant will install and pay for all floor finishes . Tenant will install and pay for all Launch attractions equipment , appliances and lighting . (c) Tenant hired EZ Fire as it's contractor to install the required Fire alarm system at Tenant cost .
5. **Effect of Amendment:** Except as expressly amended herein, all terms and conditions of the Original Lease shall remain in full force and effect. In the event of any conflict between the terms of this Amendment and the Original Lease, the terms of this Amendment shall control.
6. **Entire Agreement:** This Amendment contains the entire agreement between the parties regarding the subject matter hereof and may only be modified in writing signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this Lease Amendment as of the date first written above.

**LANDLORD:**

403 LLC
By: ____________________
Name: Tim Ziss
Title: Managing Member

**TENANT:**

SWY Entertainment Inc.
By: ____________________
Name: Wisam Assaeli
Title: owner

**Guarantor acknowledgment**