# Statement

403 LLC
NY 11209
9322 3rd avenue

| Date |
|---|
| 3/1/2026 |

| To: |
|---|
| SWY Entertainments, LLC<br>531 86th Street<br>Brooklyn, New York 11209 |

| Amount Due | Amount Enc. |
|---|---|
| $683,513.38 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/30/2024 | Balance forward | | 0.00 |
| 10/01/2024 | INV #24. Due 10/01/2024.<br>--- Base rent $87,500.00<br>--- RE Taxes $1,406.00<br>--- BID Taxes $556.00 | 89,462.00 | 89,462.00 |
| 10/11/2024 | PMT | -268,300.00 | -178,838.00 |
| 11/01/2024 | INV #25. Due 11/01/2024.<br>--- Base rent $87,500.00<br>--- RE Taxes $1,406.00<br>--- BID Taxes $556.00 | 89,462.00 | -89,376.00 |
| 12/01/2024 | INV #26. Due 12/01/2024.<br>--- Base rent $87,500.00<br>--- RE Taxes $1,406.00<br>--- BID Taxes $556.00 | 89,462.00 | 86.00 |
| 01/02/2025 | INV #3. Due 01/02/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 90,413.56 |
| 01/07/2025 | PMT #Wire. | -50,000.00 | 40,413.56 |
| 01/09/2025 | PMT #wire. | -40,327.56 | 86.00 |
| 02/01/2025 | INV #4. Due 02/01/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 90,413.56 |
| 02/05/2025 | PMT #Wire. | -75,000.00 | 15,413.56 |
| 02/06/2025 | PMT #Wire. | -15,327.56 | 86.00 |
| 03/01/2025 | INV #5. Due 03/01/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 90,413.56 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 143,452.56 | 123,855.10 | 102,855.10 | 102,855.10 | 210,495.52 | $683,513.38 |

403 LLC
NY 11209
9322 3rd avenue

# Statement

| Date |
|---|
| 3/1/2026 |

| To: |
|---|
| SWY Entertainments, LLC<br>531 86th Street<br>Brooklyn, New York 11209 |

| Amount Due | Amount Enc. |
|---|---|
| $683,513.38 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/05/2025 | PMT #wire. | -90,327.56 | 86.00 |
| 04/01/2025 | INV #6. Due 04/01/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 90,413.56 |
| 04/07/2025 | INV #30. Due 04/07/2025.<br>--- Late Charge $4,516.38 | 4,516.38 | 94,929.94 |
| 04/08/2025 | PMT #wire. | -40,000.00 | 54,929.94 |
| 04/11/2025 | PMT #wire. | -25,000.00 | 29,929.94 |
| 05/01/2025 | INV #9. Due 05/01/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 120,257.50 |
| 05/05/2025 | INV #19. Due 05/05/2025.<br>--- Late Charge $4,516.38 | 4,516.38 | 124,773.88 |
| 05/12/2025 | INV #20. Due 05/12/2025.<br>--- Late Charge $712.50 | 712.50 | 125,486.38 |
| 05/15/2025 | PMT | -25,327.60 | 100,158.78 |
| 06/01/2025 | INV #12. Due 06/01/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 190,486.34 |
| 06/05/2025 | INV #21. Due 05/12/2025.<br>--- Late Charge $4,516.38 | 4,516.38 | 195,002.72 |
| 06/05/2025 | PMT | -43,000.00 | 152,002.72 |
| 06/12/2025 | INV #22. Due 06/12/2025.<br>--- Late Charge $712.50 | 712.50 | 152,715.22 |
| 06/20/2025 | PMT | -75,000.00 | 77,715.22 |
| 06/25/2025 | PMT | -75,000.00 | 2,715.22 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 143,452.56 | 123,855.10 | 102,855.10 | 102,855.10 | 210,495.52 | $683,513.38 |

# Statement

403 LLC
NY 11209
9322 3rd avenue

| Date |
|---|
| 3/1/2026 |

| To: |
|---|
| SWY Entertainments, LLC<br>531 86th Street<br>Brooklyn, New York 11209 |

| Amount Due | Amount Enc. |
|---|---|
| $683,513.38 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/01/2025 | INV #15. Due 07/01/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 93,042.78 |
| 07/05/2025 | PMT | -50,000.00 | 43,042.78 |
| 07/14/2025 | PMT | -20,327.56 | 22,715.22 |
| 07/15/2025 | PMT | -20,000.00 | 2,715.22 |
| 08/01/2025 | INV #17. Due 08/01/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 93,042.78 |
| 08/06/2025 | INV #31. Due 08/06/2025.<br>--- Late Charge $4,516.38 | 4,516.38 | 97,559.16 |
| 08/11/2025 | PMT #wire. | -50,000.00 | 47,559.16 |
| 08/11/2025 | INV #32. Due 08/11/2025.<br>--- Late Charge $1,354.91 | 1,354.91 | 48,914.07 |
| 08/13/2025 | PMT #wire. | -40,327.56 | 8,586.51 |
| 09/01/2025 | INV #18. Due 09/01/2025.<br>--- Base rent $87,500.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 90,327.56 | 98,914.07 |
| 09/08/2025 | INV #23. Due 09/12/2025.<br>--- Late Charge $4,516.34 | 4,516.34 | 103,430.41 |
| 09/12/2025 | INV #33. Due 09/12/2025.<br>--- Late Charge $1,354.91 | 1,354.91 | 104,785.32 |
| 10/01/2025 | INV #27. Due 10/01/2025.<br>--- Base rent $93,750.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 96,577.56 | 201,362.88 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 143,452.56 | 123,855.10 | 102,855.10 | 102,855.10 | 210,495.52 | $683,513.38 |

# Statement

403 LLC
NY 11209
9322 3rd avenue

| Date |
|---|
| 3/1/2026 |

| To: |
|---|
| SWY Entertainments, LLC<br>531 86th Street<br>Brooklyn, New York 11209 |

| Amount Due | Amount Enc. |
|---|---|
| $683,513.38 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/02/2025 | PMT | -50,000.00 | 151,362.88 |
| 10/06/2025 | INV #29. Due 10/15/2025.<br>--- Late Charge $4,828.88 | 4,828.88 | 156,191.76 |
| 10/13/2025 | INV #34. Due 10/13/2025.<br>--- Late Charge $1,448.66 | 1,448.66 | 157,640.42 |
| 10/15/2025 | PMT | -50,000.00 | 107,640.42 |
| 11/01/2025 | INV #28. Due 11/01/2025.<br>--- Base rent $93,750.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 96,577.56 | 204,217.98 |
| 11/06/2025 | INV #35. Due 11/06/2025.<br>--- Late Charge $4,828.88 | 4,828.88 | 209,046.86 |
| 11/12/2025 | INV #36. Due 11/12/2025.<br>--- Late Charge $1,448.66 | 1,448.66 | 210,495.52 |
| 12/01/2025 | INV #37. Due 12/01/2025.<br>--- Base rent $93,750.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 96,577.56 | 307,073.08 |
| 12/06/2025 | INV #38. Due 12/06/2025.<br>--- Late Charge $4,828.88 | 4,828.88 | 311,901.96 |
| 12/11/2025 | INV #39. Due 12/11/2025.<br>--- Late Charge $1,448.66 | 1,448.66 | 313,350.62 |
| 01/01/2026 | INV #40. Due 01/01/2026.<br>--- Base rent $93,750.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 96,577.56 | 409,928.18 |
| 01/07/2026 | INV #41. Due 01/07/2026.<br>--- Late Charge $4,828.88 | 4,828.88 | 414,757.06 |
| 01/12/2026 | INV #42. Due 01/12/2026.<br>--- Late Charge $1,448.66 | 1,448.66 | 416,205.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 143,452.56 | 123,855.10 | 102,855.10 | 102,855.10 | 210,495.52 | $683,513.38 |

# Statement

403 LLC
NY 11209
9322 3rd avenue

| Date |
|---|
| 3/1/2026 |

| To: |
|---|
| SWY Entertainments, LLC<br>531 86th Street<br>Brooklyn, New York 11209 |

| Amount Due | Amount Enc. |
|---|---|
| $683,513.38 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/01/2026 | INV #43. Due 02/01/2026.<br>--- Base rent $93,750.00<br>--- CAM $1,560.00<br>--- RE Taxes $639.95<br>--- BID Taxes $627.61 | 96,577.56 | 512,783.28 |
| 02/06/2026 | INV #44. Due 02/06/2026.<br>--- Late Charge $4,828.88 | 4,828.88 | 517,612.16 |
| 02/13/2026 | INV #45. Due 02/13/2026.<br>--- Late Charge $1,448.66 | 1,448.66 | 519,060.82 |
| 02/27/2026 | INV #47. Due 02/27/2026.<br>--- Violations $3,000.00<br>--- Violations $3,000.00<br>--- Violations $3,000.00<br>--- Violations $3,000.00<br>--- Violations $3,000.00<br>--- Violations $3,000.00<br>--- Violations $3,000.00 | 21,000.00 | 540,060.82 |
| 03/01/2026 | INV #46. Due 03/01/2026.<br>--- Use and Occupancy $143,452.56 | 143,452.56 | 683,513.38 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 143,452.56 | 123,855.10 | 102,855.10 | 102,855.10 | 210,495.52 | $683,513.38 |